IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CASE NO: 1:15-CR-128-1 |
| | § | |
| GROVER LEE ROBERTS, JR | § | |
| | § | |

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS REGARDING FORFEITURE

On March 29, 2016, the United States magistrate judge filed his report recommending that the court grant in part third party Brunetta Roberts' petitions (Doc. No. 75, 101) and amend the order of forfeiture. (Doc. No. 132 ). In addition, a report recommending that the court grant the Orange County Taxing Authorities' petition (Doc. No. 89) was filed on April 4, 2016. (Doc. No. 137.) None of the parties have filed objections to either report and recommendation. Accordingly, it is ORDERED that the reports and recommendations (Doc. No. 132, 137) are ADOPTED. It is further ORDERED that Roberts' petitions (Doc. No. 75, 101) are GRANTED in part as set forth in the report and recommendation, and the Taxing Authorities' petition (Doc. No. 89) is GRANTED.

**The Government is directed to file a proposed Amended Final Order of Forfeiture, signed by Roberts and the attorney for the Orange County Taxing Authorities, within twenty-one (21) days from the date of this order.**

So **ORDERED** and **SIGNED** this **28** day of **April, 2016.**

_____
Ron Clark, United States District Judge